VARIOUS CH.13's

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

**SunTrust Bank**
MEMPHIS, TN

64-79
611

**0758616**

September 29, 2016

**PAY** Exactly Thirty One Thousand One Hundred Forty Two And 69/100 Dollars

$*****31,142.69

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

S.J. Beaulieu Jr.

⑈0758616⑈ ⑆061100790⑆ 8800517495⑈

COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK. IF COLOR DOES NOT FADE DO NOT ACCEPT

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 235330 - 2
* * C O P Y * *
October 11, 2016
15:22:56

TREASURY REGFUND
Amount.: $31,142.69 CH
Check#.: 0758616

Total-> $31,142.69

FROM: SJ

DEPOSIT TO TREASURY
10/11/16
CV

## U.S. BANKRUPTCY COURT/ REGISTRY CHECK# 0758616

| CASE # | DEBTOR/ DEBTORS | DEBTOR'S ADDRESS | AMOUNTS | PAYEES | TRUSTEE'S CLAIM# | COURT'S CLAIM# |
|---|---|---|---|---|---|---|
| 11-13056 | Richard L Owens<br>Sandra B Owens | 5[illegible] Elwood Dr.<br>Destrehan, LA 70047 | $ 30,917.29 | Empire Merchant Advance<br>261 W 35th St. Ste. 400<br>New York, NY 10001 | 33 | 9 |
| 15-13141 | Olivia K Gant | 128 Gardenia Ln.<br>Westwego, LA 70094 | $ 225.40 | La Koshia Roberts, ESQ State of Louisiana<br>2021 Lakeshore Dr. Ste. 100<br>New orleans, LA 70122 | 9 | 6 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | $ 31,142.69 | | | |

FILED
2016 OCT 11 A 11:34
CLERK
UNITED STATES
BANKRUPTCY COURT
NEW ORLEANS, LA