## United States Bankruptcy Court for the
## Eastern District of Louisiana

IN RE:

Richard L. & Sandra B. Owens

Case No. 11-13056
Chapter 13

_____Debtor(s)_____  /

### ORDER FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** the amount of $30,917.29 deposited with the court on 10/11/2016 12:00 tt, constituting unclaimed funds due to Empire Merchant Advance, claimant in the above-referenced case, are on deposit with the United States Treasury.

**IT ALSO APPEARING THAT** Dilks & Knopik, LLC, Attorney in Fact for Claimant, has furnished the required documentation for release of unclaimed funds. The social security number of the claimant (or federal tax i.d. number if claimant is a corporation) has been provided. If applicant is a funds locator, a Power of Attorney granting authority to petition the Court to collect funds on behalf of the claimant has been filed.

**THEREFORE,** the Clerk of Court is authorized and directed to draw a check(s) on the funds on deposit in the registry of the court in the principal amount of $30,917.29, plus all interest earned, less the assessment fee for the administration of funds, payable to Fora Financial Advance LLC, 242 W. 36th Street, New York, NY 10018 and to mail or deliver the check(s) to Dilks & Knopik, LLC at 35308 SE Center Street, Snoqualmie, WA 98065-9216.

New Orleans, La.

Dated: 12/28/16

UNITED STATES BANKRUPTCY COURT JUDGE